UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THREE RIVERS FLOORING, INC., et al.,<br><br>Defendants. | Case No. 18-cv-04480-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

This Court has been notified by the Hon. Judge Spero that the parties agreed to a settlement. Dkt. No. 66.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: May 28, 2020

_____
WILLIAM H. ORRICK
United States District Judge